UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIO GARCIA,

  Plaintiff,

CASE NO.: 8:18-CV-2907-T-23SP

-vs-

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,

  Defendant.

_____/

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Julio Garcia, by and through the undersigned counsel, and hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January, 2019 a true and correct copy of the foregoing has been filed this day with the Court's CM/ECF system which will send notice of such to all parties of record.

                */s/ Octavio Gomez*
                Octavio "Tav" Gomez, Esquire
                Morgan & Morgan, Tampa, P.A.
                One Tampa City Center
                201 N. Franklin Street, 7th Floor
                Tampa, FL 33602
                Tele: (813) 223-5505
                Fax: (813) 223-5402
                TGomez@ForThePeople.com
                Florida Bar #: 0338620
                Attorney for Plaintiff